■ JAMES F. CONNOR, JR., et al., Respondents, v RAMI I, INC., et al., Appellants and Third-Party Plaintiffs. H. LIEBLICH & COMPANY, INC., Third-Party Defendant-Appellant. [650 NYS2d 559] —Order, Supreme Court, New York County (Richard Lowe, III, J.), entered January 23, 1996, which denied third-party

defendant's motion for a change of venue to Westchester County, unanimously affirmed, without costs.

Appellants concede that New York County is a proper venue. The motion therefore was addressed to the sound discretion of the IAS Court, and there was no improvident exercise of such discretion (*Hartigan v Kurian*, 224 AD2d 299). There was an insufficient showing that nonparty material witnesses would be inconvenienced by trial of this action in New York County (*see, Heinemann v Grunfeld*, 224 AD2d 204; *Klugman v Food Emporium*, 226 AD2d 321). We have considered appellants' remaining arguments and find them to be without merit. Concur—Ellerin, J. P., Wallach, Kupferman, Nardelli and Tom, JJ.